UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZENAIDA TRAINOR,

          Plaintiff,

Case No. 2:22-cv-11310

HONORABLE STEPHEN J. MURPHY, III

v.

DELTA AIR LINES, INC.,

          Defendant.
_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE

The parties informed the Court's chambers that they reached a settlement in the case. Because of the settlement, there is no longer a case or controversy between the parties. The Court will therefore dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than August 26, 2022. The Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails. The Court is most appreciative of the parties' effort to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that pending motion to dismiss [4] is **DENIED AS MOOT**.

1

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing documents dismissing the case with prejudice **no later than August 26, 2022**.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: July 20, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2022, by electronic and/or ordinary mail.

s/ David P. Parker  
Case Manager